IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BAORD, | ) CASE NO. 1:10 CV 2505 ) |
| Plaintiff, | ) JUDGE BENITA Y. PEARSON ) ) |
| v. | ) MAGISTRATE JUDGE ) WILLIAM H. BAUGHMAN, JR. ) |
| MARINAC, LLC, *et al.*, | ) ) **REPORT AND RECOMMENDATION** |
| Defendants. | ) |

In this action, the plaintiff and all defendants who have filed answers have consented to magistrate judge's jurisdiction.[1]

Several defendants have defaulted. Notices of default as to those defendants have now issued. To conclude the case as to the defaulted defendants, defendant/cross-claimant Petar Mlinac, has filed a motion for default judgment against defendants Dragan Maric, Marinac, LLC and Meteor Company, Inc.[2] On November 10, 2011, the Court held a hearing on that motion.[3] Mlinac was granted leave to file an affidavit proving the amount of the

---

[1] ECF # 41.

[2] ECF # 84.

[3] ECF # 92.

judgment sought.[4] Mlinac filed his second notice of supplemental affidavit in support of the motion for default judgment on November 18, 2011.[5]

On consideration whereof, I hereby recommend that the pending motion for default judgment be granted and that the Court enter judgment on Mlinac's motion in the form set forth in Attachment A.[6]

With the entry of this judgment, the Magistrate Judge will exercise consent jurisdiction over the remaining claims and parties.


Dated: November 28, 2011       s/ William H. Baughman, Jr.
                    United States Magistrate Judge


**Objections**

Any objections to this Report and Recommendation must be filed with the Clerk of Courts within fourteen (14) days of receipt of this notice. Failure to file objections within the specified time waives the right to appeal the District Court's order.[7]

---

[4] ECF # 93.

[5] ECF # 94.

[6] ECF # 84-2.

[7] *See*, *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981). *See also*, *Thomas v. Arn*, 474 U.S. 140 (1985), *reh'g denied*, 474 U.S. 1111 (1986).